UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY AMY SOMERS,<br><br>  Plaintiff,<br><br>  vs.<br><br>MEDICREDIT, INC; DOES 1-10 inclusive,<br><br>  Defendant. | Case No. 2:21-cv-00449-PA (JCx)<br><br>*The Hon. Percy Anderson*<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

781256.1

1

ORDER REGARDING STIPULATION FOR DISMISSAL.

1     This matter is before the Court on the Parties' Stipulation for Dismissal of
2 Action with Prejudice.  That stipulation is approved.  The entire action is hereby
3 dismissed with prejudice.

5     Dated:  August 30, 2021.

*/s/ Percy Anderson*
Percy Anderson
U.S. District Court Judge